FILED
2020 May-11  PM 06:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARRY BROOME, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC.; CRST INTERNATIONAL, INC.; and CRST MALONE, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01917-MHH<br><br>Hon. Madeline Hughes Haikala |

## NOTICE OF PLAINTIFF BRIAN KILLIAN'S CONSENT TO JOIN FLSA CLAIM

Plaintiff Brian Killian ("Killian") hereby files as Exhibit 1, his notice of consent to participation in this FLSA claim.

Dated: May 12, 2020

Respectfully submitted,

*/s/Graham G. Lambert*
Joshua H. Haffner (*Pro Hac Vice*)
jhh@haffnerlawyers.com
Graham G. Lambert (*Pro Hac Vice*)
gl@haffnerlawyers.com
HAFFNER LAW PC
445 South Figueroa Street, Ste. 2625
Los Angeles, CA 90071
P: (213) 514-5681

1

F: (213) 514-5682

David A. Hughes,
dhughes@hardinhughes.com
HARDIN & HUGHES, LLP
2121 14th Street
Tuscaloosa, AL 35401
P: (205) 523-0463
F: (205) 344-6188
Attorneys for Plaintiffs,
And all others similarly situated

2

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BARRY BROOME, an individual, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CRST EXPEDITED, INC.; CRST INTERNATIONAL, INC.; and CRST MALONE, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:19-cv-01917-MHH <br><br> Hon. Madeline Hughes Haikala <br><br><br> **CONSENT TO JOIN** |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

I understand that this lawsuit has been brought under the Fair Labor Standards Act ("FLSA") and that it seeks wages from CRST Malone, Inc. ("CRST Malone"). I have read the Notice accompanying this Consent to Join. I work, or have worked for CRST Malone as an over-the-road truck driver at sometime between March 30, 2017 and the present.

**I CONSENT TO JOIN THIS LAWSUIT.** By signing this Consent to Join, I am agreeing to have Plaintiff Barry Broome act as my agent to make decisions on my behalf concerning this lawsuit and resolution of my FLSA claims. I agree to be bound by any judgment in this case. I am also agreeing to be represented by the Plaintiff's attorneys, Haffner Law PC and Hardin & Hughes, LLP, and any other attorneys with whom they may associate.

I understand that the Court retains jurisdiction to determine the reasonableness of any settlement with CRST Malone, Inc., as well as the reasonableness of any attorneys' fees and costs that are paid to Plaintiffs' counsel if the matter is certified as a class or collective action.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct.

DATE: 5-10-20   SIGNATURE: _____

PRINT NAME: Brian Killian

ADDRESS: 2553 Oak Shadows dr.

CITY, STATE, ZIP: Chattanooga, TN 37421

TELEPHONE NUMBER: 706-773-8388

EMAIL ADDRESS: briankillian36@gmail.com